UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD HOLDEN, | ) | 3:05-CV-0138-PMP (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 13, 2005 |
| | ) | |
| CRAIG FARWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' Motion for Leave to Depose Incarcerated Person (Doc. #18) is **GRANTED**. Defendants can depose Plaintiff either in person or by telephone. Defendants shall provide Plaintiff with a copy of the deposition transcript at Defendants' expense.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/ Gina Mugnaini
         Deputy Clerk